UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAURA GONZÁLEZ-VERA, *et al.,*<br>Calle Galera num. 37<br>Madrid, 28022, SPAIN<br><br>                    Plaintiffs,<br>             v.<br><br>MICHAEL VERNON TOWNLEY, *et al.,*<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br><br><br><br><br>Case No.  07-995 (HHK) |

PROOF OF SERVICE

    I, Solomon Shinerock, hereby certify that I am over eighteen years of age, that I am not a party to this action, and that on June 12, 2007 I caused a true copy of Plaintiff's Amended Complaint and Summons to be served on defendants by U.S. Certified Mail addressed as follows:

[Michael Vernon Townley, c/o]
U.S. Marshal Service
Witness Security Program
Attn: MOW
Washington, DC 20530

Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

The United States of America, c/o

Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Attn: Civil Process Clerk
Office of the United States Attorney
555 Fourth Street, NW
Washington, DC  20530

     Attached hereto are copies of signed United States Postal Service Domestic Return Receipts as proof of service.


/S/
_____
Solomon Shinerock


Dated: June 27, 2007



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Michael E. Tigar
4801 Massachusetts Ave, NW
Suite 206c
Washington, DC 20016

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest L Parker_          ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   JUN 18 2007                      6-18-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)  7099 3400 0011 8491 3094

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Michael E. Tigar
4801 Massachusetts Ave, NW
Suite 206c
Washington, DC 20016

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attn: Civil Process Clerk
Office of the United States Attorney
555 Fourth Street, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emily Parker_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUN 1 8 2007                     2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Michael E. Tigar
4801 Massachusetts Ave. NW
Suite 206e
Washington, DC 20016

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emily Parks_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUN 1 8 2007

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595