UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA GONZALEZ-VERA, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MICHAEL VERNON TOWNLEY, et al., )<br>)<br>Defendants. )<br>_____ ) | Civ. No. 07-995 HHK |

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

    Pursuant to Fed. R. Civ. P. 7 and Federal Local Court Rule 7, defendants hereby move the Court for a thirty-day extension of time, until September 19, 2007, within which to respond to the complaint in this case. Defendants' response is currently due on August 19. Since being assigned to defend this case late last month, undersigned counsel has been required to comply with pre-existing deadlines in other cases in federal Court, and will be in California for official business for part of next week. This case presents novel issues that defendants require further time to consider in order to prepare an appropriate response. Defendants' request for an extension of time is reasonable, will not prejudice the plaintiffs, and will not unduly delay this case. For these reasons, defendants' motion should be granted.

    Plaintiffs' counsel has informed defendants' counsel that plaintiffs do not oppose this motion.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Director

|  |  |
|---|---|
|  | **/s/ Lisa A. Olson** |
|  | LISA A. OLSON |
|  | U.S. Department of Justice, Civil Division |
|  | 20 Mass. Ave., N.W., Room 7300 |
|  | Washington, D.C. 20530 |
|  | Telephone: (202) 514-5633 |
|  | Telefacsimile: (202) 616-8470 |
|  | E-mail: lisa.olson@usdoj.gov |
| Dated: August 15, 2007 | Counsel for Defendants |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA GONZALEZ-VERA, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MICHAEL VERNON TOWNLEY, et al., )<br>)<br>Defendants. )<br>_____) | Civ. No. 07-995 HHK |

ORDER

The Court having considered defendants' unopposed motion for a thirty-day extension of time, good cause having been shown, and there being no opposition thereto, it is hereby

ORDERED that defendants' motion is granted, and it is further

ORDERED that defendants shall file a response to the complaint on or before September 19, 2007.


Dated: _____, 2007        _____
                                  HENRY H. KENNEDY, JR.
                                  UNITED STATES DISTRICT JUDGE


Copies to:

Lisa A. Olson, Esq.
U.S. Department of Justice
Room 7300
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
lisa.olson@usdoj.gov

Michael E. Tigar, Esq.
Washington College of Law
4801 Massachusetts Ave., N.W.
Washington, D.C. 20016
metigar@gmail.com