UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAURA GONZALEZ-VERA, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | Civil No. 07-995 HHK |
| | : | |
| MICHAEL VERNON TOWNLEY, et al. | : | |
| | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Ali A. Beydoun, Esquire as for the Plaintiffs in the above-captioned case.

Respectfully submitted,


/s/ Ali A. Beydoun
Ali A. Beydoun #475413
4801 Massachusetts Avenue, N.W.
Suite 206 C
Washington, D.C. 20016
(202) 310-5500 (phone)
(202) 310-5555 (fax)
aab@carrmaloney.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was served electronically, this 29th day of August, 2007, to:

    Jeffrey A. Taylor, Esquire
    Vincent M. Garvey, Esquire
    Lisa A. Olson, Esquire
    U.S. Department of Justice
    Civil Division
    20 Massachusetts Avenue, N.W.
    Room 7300
    Washington, D.C.  20530

                      /s/ Ali A. Beydoun
                      Ali A. Beydoun