IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA GONZÁLEZ-VERA, et al., )<br> )<br>　　　　　Plaintiffs,　　) <br>　　v.　　　　　　　　　　) <br> ) <br> MICHAEL VERNON TOWNLEY, et al., ) <br> ) <br>　　　　　Defendants.　　) <br> ) | Civil Action<br>Case No. 1:07-CV-995 (HHK) |

### PLAINTIFFS' MOTION FOR PRETRIAL CONFERENCE

Plaintiffs move this Court pursuant to Fed. R. Civ. P. 16(a) for an order setting a pretrial conference in this matter.  As shown below, such a conference should be held promptly even as various motions are pending, in order to expedite this action, foster a potential settlement, and establish procedures for the speedy and just disposition of this action.  In support of this Motion, counsel represent as follows:

　　1.  This action was filed on June 1, 2007.

　　2.  Plaintiffs have this day filed a Motion for Summary Judgment.

　　3.  Plaintiffs expect that the government Defendants will file motions to dismiss or for other relief.

　　4.  Plaintiffs counsel and counsel for government Defendants have already had preliminary discussions in an effort to understand one another's positions.

　　5.  Mr. Townley is already sixty-four years old.  Plaintiffs are elderly.  There is no reason to delay taking steps towards resolution of this action.

　　6.  Fed. R. Civ. P. 16, as amended in 1993, expressly encourages the kind of conference we seek.

      Wherefore, Plaintiffs pray for issuance of the attached order setting a pretrial conference.

Dated this 12th day of September, 2007.      Respectfully Submitted,

      /s/ Ali A. Beydoun_____
      Ali Beydoun
      D.C. Bar No. 475413
      Michael E. Tigar
      D.C. Bar No. 103762
      Attorneys for Plaintiffs
      4801 Massachusetts Ave, NW, Suite 206(c)
      Washington, D.C. 20016
      202-274-4088

Notice to:

Lisa Ann Olson
Attorney for Defendants
U.S. Department of Justice
20 Massachusetts Ave, NW
Room 7300
Washington, D.C. 20530


Michael Vernon Townley
Witness Security Program
c/o U.S. Marshal: Donald W. Horton
U.S. Courthouse
330 Constitution Ave., NW Rm. 1103
Washington, D.C. 20001

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was served electronically, this 12th day of September, 2007 to:

Lisa Ann Olson
Attorney for Government Defendants
U.S. Department of Justice
20 Massachusetts Ave, NW
Room 7300
Washington, D.C.  20530

The forgoing was also sent via prepaid postage first class U.S. First Class Mail to:

Michael Vernon Townley
Witness Security Program
c/o U.S. Marshal: Donald W. Horton
U.S. Courthouse
330 Constitution Ave., NW Rm. 1103
Washington, D.C.  20001


Dated this 12th day of September, 2007.      Respectfully submitted,


      /s/ Ali A. Beydoun
      Ali Beydoun
      D.C. Bar No. 475413
      Michael E. Tigar
      D.C. Bar No. 103762
      Attorneys for Plaintiffs
      4801 Massachusetts Ave, NW, Suite 206(c)
      Washington, D.C.  20016
      202-274-4088

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
LAURA GONZÁLEZ-VERA, et al.,   )
                               )   Civil Action
              Plaintiffs,      )   Case No.  1:07-CV-995 (HHK)
         v.                    )
                               )
MICHAEL VERNON TOWNLEY, et al.,)
                               )
              Defendants.      )
_____)
```

**ORDER GRANTING MOTION FOR PRETRIAL CONFERENCE**

The motion of Plaintiffs for an order setting the time for a pretrial conference having come on regularly to be heard this day, and good cause appearing,

IT IS ORDERED that counsel for Plaintiffs and Defendants appear before the Court at _____ o'clock __.m. on _____, 2007 at the Courtroom of the Honorable Henry H. Kennedy, Jr., for a pretrial conference pursuant to Rule 16 of the Federal Rules of Civil Procedure.

To conserve time, counsel should:

1. Prepare in writing, and file with the Court and opposing counsel ____ days in advance of the conference, a brief factual statement of each claim or defense, and points of law involved.

2. Prepare a statement of stipulations to which counsel reasonably expects the opposing side to agree.

3. Be prepared to discuss the possibility of a settlement of the case.

Dated this _____ day of _____, 2007.    _____
                                            The Honorable Judge Henry H. Kennedy, Jr.
                                            UNITED STATES DISTRICT JUDGE