UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA GONZALEZ-VERA, <u>et al.</u>,  )<br>  )<br>       Plaintiffs,  )<br>v.                                                                )<br>  )<br>MICHAEL VERNON TOWNLEY, <u>et al.</u>,  )<br>  )<br>       Defendants.  )<br>_____) | Civ. No. 07-995 HHK |

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR THE PURPOSE OF SIMULTANEOUS FILINGS

Pursuant to Fed. R. Civ. P. 7 and Federal Local Court Rule 7, defendants hereby move the Court for an extension of time until October 1, 2007, within which to respond to the complaint and to plaintiffs' motions for summary judgment and for a pretrial conference.  The reason for this motion is that it would be more efficient and economical for defendants to file all of their impending responses on a single date so as to address interrelated issues simultaneously.

Defendants' response to the complaint is currently due on September 19.  In response to the complaint defendants anticipate filing a motion to dismiss or alternatively for summary judgment.  However, plaintiffs filed a motion for summary judgment and motion for a pretrial conference on September 12, the responses to which are due on September 26.  The factual and legal issues in plaintiffs' motions and in defendants' anticipated motion overlap and are interrelated.  Therefore, it would serve the interests of judicial efficiency and economy for defendants to respond to plaintiffs' motions at the same time they file their own motion.  The simultaneous filing would prevent repetition and allow all related issues to be addressed more coherently.

Because undersigned counsel has a pre-existing obligation to prepare for and attend a

hearing in the United States District Court for the District of Colorado on September 26, defendants request an extension until October 1 within which to file their response to the complaint and to plaintiff's motions for summary judgment and for a pretrial conference. Defendants' request for an extension of time is reasonable, will not prejudice the plaintiffs, and will not unduly delay this case. For these reasons, defendants' motion should be granted. Plaintiffs' counsel has informed defendants' counsel that plaintiffs do not oppose this motion.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

                VINCENT M. GARVEY
                Deputy Director

                **/s/ Lisa A. Olson**
                LISA A. OLSON
                U.S. Department of Justice, Civil Division
                20 Mass. Ave., N.W., Room 7300
                Washington, D.C. 20530
                Telephone: (202) 514-5633
                Telefacsimile: (202) 616-8470
                E-mail: lisa.olson@usdoj.gov
Dated: Sept. 17, 2007        Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA GONZALEZ-VERA, et al., )<br>)<br>    Plaintiffs, )<br>v. )<br>)<br>MICHAEL VERNON TOWNLEY, et al., )<br>)<br>    Defendants. )<br>_____) | Civ. No. 07-995 HHK |

ORDER

The Court having considered defendants' unopposed motion for an extension of time, good cause having been shown, and there being no opposition thereto, it is hereby

ORDERED that defendants' motion is granted, and it is further

ORDERED that defendants shall file responses to the complaint and to plaintiffs' motions for summary judgment and for a pretrial conference on or before October 1, 2007.


Dated: _____, 2007            _____
                                     HENRY H. KENNEDY, JR.
                                     UNITED STATES DISTRICT JUDGE


Copies to:

Lisa A. Olson, Esq.
U.S. Department of Justice
Room 7300
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
lisa.olson@usdoj.gov

Michael E. Tigar, Esq.
Washington College of Law
4801 Massachusetts Ave., N.W.
Washington, D.C. 20016
metigar@gmail.com