UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAURA GONZALEZ-VERA, <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civ. No. 07-995 HHK |
| | ) | |
| MICHAEL VERNON TOWNLEY, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS,
OR ALTERNATIVELY, FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 12(b)(1) and LcvR 7, defendants hereby move the Court to dismiss this case on grounds that the Court lacks subject matter jurisdiction over plaintiffs' claims under 18 U.S.C. § 3523.  Alternatively, defendants move the Court pursuant to Fed. R. Civ. P. 56(c) and LcvR 7(h) to grant summary judgment in their favor, on grounds that there is no genuine issue as to any material fact, and defendants are entitled to judgment as a matter of law.  The reasons for this motion are more fully set forth in the accompanying Memorandum, which is incorporated herein.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Director

**/s/ Lisa A. Olson**
LISA A. OLSON
U.S. Department of Justice, Civil Division
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633

Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov
Dated: Oct. 1, 2007                                        Counsel for Defendants