UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURA GONZALEZ-VERA, et al.,          )
                                       )
       Plaintiffs,                     )
                                       )
v.                                     )   Civ. No. 07-995 HHK
                                       )
MICHAEL VERNON TOWNLEY, et al.,       )
                                       )
       Defendants.                     )
_____)

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR PRETRIAL CONFERENCE**

      Plaintiffs' motion for a pretrial conference should be denied. Both plaintiffs and defendants have filed potentially dispositive motions which are likely to result in the resolution of this case without the need for a trial. Defendants have shown that the case should be dismissed for lack of subject matter jurisdiction. Even if it is not, however, there are no material facts in dispute, and this case should therefore be dismissed as a matter of law. Since there are no facts to be tried, it would be inefficient and unnecessarily costly for the Court and the parties to prepare for a trial which is unlikely ever to take place. See Fed. R. Civ. P. 1. For these reasons, plaintiffs' motion should be denied.

      Respectfully submitted,

      JEFFREY A. TAYLOR
      United States Attorney

      VINCENT M. GARVEY
      Deputy Director

      **/s/ Lisa A. Olson**
      LISA A. OLSON
      U.S. Department of Justice, Civil Division
      20 Mass. Ave., N.W., Room 7300
      Washington, D.C. 20530

                                                      Telephone: (202) 514-5633
                                                      Telefacsimile: (202) 616-8470
                                                      E-mail: lisa.olson@usdoj.gov
Dated: Oct. 1, 2007                                Counsel for Defendants