# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LAURA GONZÁLEZ-VERA, et al.,    )
          )      Civil Action
      Plaintiffs,    )      Case No.  1:07-CV-995 (HHK)
      v.      )
          )
MICHAEL VERNON TOWNLEY, et al.,    )
          )
      Defendants.    )
          )

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 7 and Local Rule 7, Plaintiffs respectfully move the Court to extend the current deadlines to November 19, 2007 for Plaintiffs to file their Replies and Oppositions to the Defendants' Motion to Dismiss, or Alternatively, for Summary Judgment; Defendants' Opposition to Plaintiffs' Motion for Summary Judgment; and Defendants' Opposition to Plaintiffs' Motion for Pretrial Conference, all filed by Defendants on October 1, 2007.  Plaintiffs request this extension of time because it would be more efficient and economical to respond to the arguments presented in Defendants' motion and oppositions, simultaneously.  Additionally, lead counsel for Plaintiffs has a scheduling conflict and is out of the country until October 13, 2007.  Counsel for Plaintiffs have consulted with counsel for Defendants with regard to the filing of this Motion and counsel for Defendants has consented to the proposed extension of time.

A Proposed Order is attached for the Court's convenience.

Respectfully submitted,


/s/ Ali A. Beydoun
Ali Beydoun
D.C. Bar No. 475413
Michael E. Tigar
D.C. Bar No. 103762
Attorneys for Plaintiffs
4801 Massachusetts Ave, NW, Suite 206(c)
Washington, D.C.  20016
202-274-4088

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically, this 10th day of October, 2007 to:

Lisa Ann Olson
Attorney for Government Defendants
U.S. Department of Justice
20 Massachusetts Ave, NW
Room 7300
Washington, D.C.  20530


/s/ Ali A. Beydoun
Ali Beydoun

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

LAURA GONZÁLEZ-VERA, et al.,    )
                                         )          Civil Action
                   Plaintiffs,    )          Case No.  1:07-CV-995 (HHK)
        v.                         )
                                           )
MICHAEL VERNON TOWNLEY, et al.,   )
                                         )
                 Defendants.    )

---

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of the foregoing Motion for Extension of Time to file Plaintiffs'

Replies and Oppositions  to the Defendants' Motion to Dismiss, or Alternatively, for Summary

Judgment; Defendants' Opposition to Plaintiffs' Motion for Summary Judgment; and

Defendants' Opposition to Plaintiffs' Motion for Pretrial Conference, currently due October 11

and 18, 2007,  respectively, it is hereby:

ORDERED that Plaintiffs' Motion for Extension of Time is Granted; and

ORDERED that Plaintiffs shall respond by November 19, 2007 to Defendants' Motion to

Dismiss, or Alternatively, for Summary Judgment; Defendants' Opposition to Plaintiffs' Motion

for Summary Judgment; and Defendants' Opposition to Plaintiffs' Motion for Pretrial

Conference.

Dated this _____ day of _____, 2007.     _____

                                                  Henry H. Kennedy, Jr.
                                                  UNITED STATES DISTRICT JUDGE