UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA GONZALEZ-VERA, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MICHAEL VERNON TOWNLEY, et al., )<br>)<br>Defendants. )<br>_____ ) | Civ. No. 07-995 HHK |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Pursuant to Fed. R. Civ. P. 7 and LcvR 7, defendants hereby move the Court for an extension of time until December 17, 2007, within which to file a reply in support of defendants' motion to dismiss, or alternatively, for summary judgment. Defendants' current deadline for filing a reply is November 30, 2007.

The reason for this motion is that since plaintiff filed their opposition to defendants' motion on November 19, undersigned counsel has been occupied with several pre-existing obligations in other cases in U.S. District Court. These include preparing and filing a response to a preliminary injunction motion in an Administrative Procedure Act case involving an administrative record in excess of 12,000 pages, responding to a motion for stay pending appeal, and opposing a motion for reconsideration. Defendants therefore have not had sufficient time to consider plaintiffs' opposition brief and prepare a reply. Especially given the gravity of the issues in this case as reflected in the earlier pleadings, defendants request additional time to respond to the issues raised in plaintiffs' submission. Defendants' request is reasonable, will not unduly delay this matter, and will not prejudice plaintiffs, who have themselves obtained extensions of time to file their briefs in this case.

Defendants' counsel was unable to reach plaintiffs' counsel today to ascertain whether or not plaintiffs oppose this motion.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          United States Attorney

          VINCENT M. GARVEY
          Deputy Director

          **/s/ Lisa A. Olson**
          LISA A. OLSON
          U.S. Department of Justice, Civil Division
          20 Mass. Ave., N.W., Room 7300
          Washington, D.C. 20530
          Telephone: (202) 514-5633
          Telefacsimile: (202) 616-8470
          E-mail: lisa.olson@usdoj.gov

Dated: Nov. 29, 2007          Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA GONZALEZ-VERA, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MICHAEL VERNON TOWNLEY, et al., )<br>)<br>Defendants. )<br>_____) | Civ. No. 07-995 HHK |

ORDER

The Court having considered defendants' motion for an extension of time to file a reply in support of their motion to dismiss, or alternatively, for summary judgment, and good cause having been shown, it is hereby

ORDERED that defendants' motion is granted, and it is further

ORDERED that defendants shall file their reply in support of their motion to dismiss, or alternatively, for summary judgment, on or before December 17, 2007.


Dated: _____, 2007        _____
                                  HENRY H. KENNEDY, JR.
                                  UNITED STATES DISTRICT JUDGE


Copies to:

Lisa A. Olson, Esq.
U.S. Department of Justice
Room 7300
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
lisa.olson@usdoj.gov

Michael E. Tigar, Esq.
Washington College of Law
4801 Massachusetts Ave., N.W.

Washington, D.C. 20016
metigar@gmail.com