**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LAURA GONZÁLEZ-VERA, *et al.*,    )
    )
    Plaintiffs,    )
    )    Civ. No.  07-995 (HHK)
    v.    )
    )
MICHAEL VERNON TOWNLEY, *et al.*,    )
    )
    Defendants.    )
    )

**PLAINTIFFS' RESPONSE TO DEFENDANTS'**
**MOTION FOR EXTENSION OF TIME TO FILE REPLY**

The undersigned counsel has conferred with opposing counsel and does not oppose the

granting of an extension of time until December 17, 2007.

Respectfully submitted,


/s/ Ali A. Beydoun
Ali Beydoun
D.C. Bar No. 475413
Michael E. Tigar
D.C. Bar No. 103762
Attorneys for Plaintiffs
4801 Massachusetts Ave, NW, Suite 206(c)
Washington, D.C.  20016
202-274-4088

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served electronically, this 30th day of November, 2007 to:

Lisa Ann Olson
Attorney for Government Defendants
U.S. Department of Justice
20 Massachusetts Ave, NW
Room 7300
Washington, D.C.  20530


/s/ Ali A. Beydoun_____
Ali Beydoun