UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA GONZALEZ-VERA, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MICHAEL VERNON TOWNLEY, et al., )<br>)<br>Defendants. )<br>_____) | Civ. No. 07-995 HHK |

DEFENDANTS' MOTION TO RESCHEDULE HEARING

Pursuant to Fed. R. Civ. P. 7 and Federal Local Court Rule 7, defendants hereby move the Court to reschedule the February 8, 2008 hearing to any date except February 19, 21, or 29. The default judgment that plaintiffs seek to enforce in this case was entered in November 2005, yet plaintiffs did not seek to enforce it until June 2007. Plaintiffs will not be prejudiced by a continuance of the hearing date by a matter of days.

At the time undersigned counsel agreed to the February 8 hearing date, she was on leave from work attending to matters relating to her mother's death. She therefore did not have the opportunity to confer with her client, represented by Victor Stone, who shortly afterward informed her that he was scheduled to attend a United Nations regional witness security meeting in Athens, Greece from February 4-8. Undersigned counsel approached plaintiffs' counsel about the possibility of postponing the hearing so that Mr. Stone could attend the meeting, but plaintiffs' counsel has declined to agree to any alternative date.

Defendants' counsel is available on any date except February 19-20, when she will be attending a preliminary injunction hearing in the United States District Court for South Dakota, or February 29, when her mother's memorial service is scheduled. Defendants therefore request

that the February 8, 2008 hearing be continued to any date other than February 19, 20, or 29.

Defendants also respectfully request that this motion be decided on an expedited basis so that

Mr. Stone can immediately be advised of when he will need to return to the United States.

                                                  Respectfully submitted,

                                                  JEFFREY A. TAYLOR
                                                  United States Attorney

                                                  VINCENT M. GARVEY
                                                  Deputy Director

                                                  **/s/ Lisa A. Olson**
                                                  LISA A. OLSON
                                                  U.S. Department of Justice, Civil Division
                                                  20 Mass. Ave., N.W., Room 7300
                                                  Washington, D.C. 20530
                                                  Telephone: (202) 514-5633
                                                  Telefacsimile: (202) 616-8470
                                                  E-mail: lisa.olson@usdoj.gov
Dated: February 5, 2008                         Counsel for Defendants