IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA GONZÁLEZ-VERA, et al., ) | |
| ) | Civil Action |
| Plaintiffs, ) | Case No. 1:07-CV-995 (HHK) |
| v. ) | |
| ) | |
| MICHAEL VERNON TOWNLEY, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO RESCHEDULE HEARING**

Plaintiffs oppose Defendants' Motion to Reschedule Hearing for the reasons set forth below.

For two years, Plaintiffs have made efforts to collect the valid judgment entered by this Court against Michael Vernon Townley. Plaintiffs initially attempted to collect the judgment by communicating with Defendant Townley through the U.S. Marshalls Service. Plaintiffs turned to litigation *only* after Townley did not comply with the judgment and, even then, only after following Congress' instructions to request the assistance of the Attorney General pursuant to 18 U.S.C. § 3523, which Plaintiffs did in writing, twice, in February and April of 2007.

This Court set a hearing on the Plaintiffs' Motion for Summary Judgment and Defendants' Motion to Dismiss or Alternatively for Summary Judgment for December 19, 2007. The hearing was postponed until February 8, 2008. Notice of the new hearing date was electronically mailed to Opposing Counsel on January 16, 2008. Opposing Counsel had ample time to confer with any necessary individuals, identify potential conflicts, and request a new date if necessary, well in advance of February 5, 2008. Nevertheless, Opposing Counsel seeks to postpone a second time, again within 72 hours of the scheduled hearing. Counsel for Plaintiffs

recognize that the first rescheduling was due to extenuating circumstances, however, in the instant case, there are not similarly unpredictable and urgent circumstances, and thus Plaintiffs should not be further delayed and inconvenienced.  Plaintiffs simply wish to resolve this matter and collect their valid judgment.  Opposing Counsel has not demonstrated any reasonable grounds for the additional delay.  Therefore, Plaintiffs respectfully request that this Court deny Plaintiffs' Motion to Reschedule and proceed as planned at 12:15 p.m. on February 8, 2008.

Dated this 6 day of February, 2008.                    Respectfully Submitted,


                                                                         ____//S//_____
                                                                         Ali Beydoun
                                                                         D.C. Bar No. 475413
                                                                         Michael E. Tigar
                                                                         D.C. Bar No. 103762
                                                                         Attorneys for Plaintiffs
                                                                         4801 Massachusetts Ave, NW, Suite 206(c)
                                                                         Washington, D.C.  20016
                                                                         202-274-408

Notice to:

Lisa Ann Olson
Attorney for Defendants
U.S. Department of Justice
20 Massachusetts Ave, NW
Room 7300
Washington, D.C.  20530


Michael Vernon Townley
Witness Security Program
c/o U.S. Marshal: Donald W. Horton
U.S. Courthouse
330 Constitution Ave., NW Rm. 1103
Washington, D.C.  20001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA GONZÁLEZ-VERA, et al., ) | |
| ) | Civil Action |
| Plaintiffs, ) | Case No. 1:07-CV-995(HHK) |
| v. ) | |
| ) | |
| MICHAEL VERNON TOWNLEY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

The Court has considered Plaintiffs' Opposition to Defendants' Motion to Reschedule and the Opposition thereto and hereby:

ORDERS that

Defendants' Motion to Reschedule is DENIED; and, that the hearing proceed at 12:15 p.m. on February 8, as scheduled.

Dated this _____ day of _____, 2008.

_____
Henry H. Kennedy, Jr.
UNITED STATES DISTRICT JUDGE