UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA GONZALEZ-VERA, <u>et al.</u>, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs, 　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>MICHAEL VERNON TOWNLEY, <u>et al.</u>, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　　　　)<br>_____) | Civ. No. 07-995 HHK |

### DEFENDANTS' WITHDRAWAL OF MOTION TO RESCHEDULE HEARING

Defendants hereby withdraw their motion to reschedule the February 8, 2008, which was filed on February 5, 2008.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　VINCENT M. GARVEY
　　　　　　　　　　　　　　　　　　Deputy Director

　　　　　　　　　　　　　　　　　　**/s/ Lisa A. Olson**
　　　　　　　　　　　　　　　　　　LISA A. OLSON
　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　20 Mass. Ave., N.W., Room 7300
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　Telephone: (202) 514-5633
　　　　　　　　　　　　　　　　　　Telefacsimile: (202) 616-8470
　　　　　　　　　　　　　　　　　　E-mail: lisa.olson@usdoj.gov
Dated: February 6, 2008　　　　　　Counsel for Defendants